# Third District Court of Appeal

## State of Florida

Opinion filed May 11, 2016.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D15-1976
Lower Tribunal No. 15-10749
_____


**Lakeview of the California Club, etc.,**
Appellant,

vs.

**The Mazel Group, LLC,**
Appellee.


An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Jorge E. Cueto, Judge.

Weiss Serota Helfman Cole & Bierman, P.L., and Laura K. Wendell, Anthony L. Recio, and Roger S. Kobert, for appellant.

Shubin & Bass, P.A., and John K. Shubin, Jeffrey S. Bass, Katherine R. Maxwell, and Ian E. DeMello, for appellee.


Before SUAREZ, C.J., and SHEPHERD and LOGUE, JJ.

LOGUE, J.

We affirm the trial court's detailed, scholarly, and painstaking order on all points.  See Williams Island Country Club, Inc. v. The San Simeon at the California Club, Ltd., 454 So. 2d 23 (Fla. 3d DCA 1984).  The stay previously entered by this court is immediately lifted, notwithstanding any motion for rehearing that may be filed.

Affirmed.